**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ROBERT H. LAMER, JR.                                                              PLAINTIFF

v.                            2:12CV00171-KGB-JTK

UNITED STATES OF AMERICA                                DEFENDANT

**<u>ORDER</u>**

Due to an upcoming settlement conference in this matter, the dispositive motions deadline set forth in the Court's June 4, 2013 Order (Doc. No. 6) is hereby extended to September 30, 2013.

IT IS SO ORDERED this 19th day of August, 2013.

_____
    JEROME T. KEARNEY
    UNITED STATES MAGISTRATE JUDGE