# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ROBERT H. LAMER, JR.                                                                                             PLAINTIFF

v.                                               2:12CV00171-KGB-JTK

UNITED STATES OF AMERICA                                                                                DEFENDANT

## ORDER

Due to an upcoming settlement conference in this matter, the dispositive motions deadline set forth in the Court's June 4, 2013 Order (Doc. No. 6) is hereby extended to September 30, 2013.

IT IS SO ORDERED this 19th day of August, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE