IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**ROBERT H. LAMER, JR.**                                                                  **PLAINTIFF**

v.                     **No. 2:12CV00171 KGB-JTK**

**USA**                                                                                    **DEFENDANT**

## ORDER

Given the parties' settlement on September 11, 2013, the Court will enter judgment dismissing all claims with prejudice on October 11, 2013, unless one of the parties seeks some other action before that date.

SO ORDERED this 16th day of September, 2013.

_____
Kristine G. Baker
United States District Judge