# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**ROBERT H. LAMER, JR.**                                                   **PLAINTIFF**

v.                  **Case No. 2:12-cv-171 KGB/JTK**

**UNITED STATES OF AMERICA**                                       **DEFENDANT**

## **ORDER**

In accordance with the Court's Order entered in this case on September 16, 2013 (Dkt. No. 11), no objections being filed thereto, it is ordered that plaintiff's pending claims are dismissed with prejudice.

SO ORDERED this 11th day of October, 2013.

                                                           _____
                                                           Kristine G. Baker
                                                           United States District Judge